No. 02–5822 (02A135). FUGATE v. GEORGIA DEPARTMENT OF CORRECTIONS ET AL. C. A. 11th Cir. Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied. Certiorari denied.

AUGUST 16, 2002

No. 02–5892 (02A147). FUGATE v. GEORGIA BOARD OF PARDONS AND PAROLES ET AL. Super. Ct. Fulton County, Ga. Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied. Certiorari denied.

AUGUST 20, 2002

No. 02–5330 (02A71). IN RE ETHERIDGE. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Petition for writ of habeas corpus denied.

AUGUST 23, 2002

No. 02A159. GREEN v. HODGES, GOVERNOR OF SOUTH CAROLINA, ET AL. Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied.

No. 02–5648 (02A103). GREEN v. MAYNARD, DIRECTOR, SOUTH CAROLINA DEPARTMENT OF CORRECTIONS. Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied. Certiorari denied.

AUGUST 26, 2002

No. D–2308. IN RE DISBARMENT OF EDMONDS. Disbarment entered. [For earlier order herein, see 535 U. S. 1092.]